Continuing Abatement Order filed November 10, 2015



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00406-CR

_____

**JULIE GAYLENE LOMBARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 932351**

---

## CONTINUING ABATEMENT ORDER

Appellant timely appealed from a judgment revoking community supervision. On September 4, 2015, the trial court clerk filed the clerk's record, which contained a certification of appellant's right to appeal after appellant's guilty plea, but did not contain a certification of appellant's right to appeal addressing the judgment revoking community supervision. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005) ("The court of appeals must dismiss an appeal if a certification showing that the

defendant has the right to appeal is not made a part of the appellate record."). We therefore abate the case and order the trial court to execute a certification of appellant's right to appeal. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Cortez v. State*, 420 S.W.3d 803, 806–07 (Tex. Crim. App. 2013).

On September 21, 2015, this court directed the trial court to file a certification of the defendant's right of appeal on the judgment revoking community supervision with the trial court clerk and direct the clerk to prepare and file a supplemental clerk's record containing the certification with this court on or before October 21, 2015. To date, this court has not received the certification of the defendant's right to appeal.

An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613. In connection with this record, pursuant to Tex. R. App. P. 37.1 and 44.4, we abate this appeal and direct the trial court to file a certification of the defendant's right of appeal on the judgment revoking community supervision with the trial court clerk and direct the clerk to prepare and file a supplemental clerk's record containing the corrected certification with this court within 30 days of the date of this order.


PER CURIAM